

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x  Civil Action No.: CV-05-4146(FB)

UNITED STATES OF AMERICA, §
§
           Plaintiff, §
- against- §
§
MARC D. FELDERSTEIN, §
§
           Defendant. §
----------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 0 4 2006 ★

BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Marc D. Felderstein failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Marc D. Felderstein:

**Claim No. C105-00857**

| | |
|---|---|
| Principal Balance: | $6,846.67 |
| Total Interest Accrued at 5.625%: | $289.52 |
| Filing and Service of Process: | $300.00 |
| Subtotal: | $7,436.19 |
| Attorney's Fees: | $ 750.00 |
| Total Owed: | $8,186.19 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
    12\16, 2005

                            Frederic Block
                            United States District Judge